### 9024. ANDERSON *v.* BIBB MANUFACTURING COMPANY.

BROYLES, P. J. Under the facts of this case as disclosed by the record, it does not appear that the court erred in granting a nonsuit, or in thereafter refusing to reinstate the case.

 *Judgment affirmed. Harwell, J., concurs; Bloodworth, J., dissents.*

 DECIDED JULY 30, 1918. REHEARING DENIED SEPTEMBER 17, 1918.

Action for damages; from Bibb superior court—Judge Mathews. June 23, 1917.

*Napier & Maynard,* for plaintiff.

*Miller & Jones,* for defendant.